UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TRAMAINE COLLIN KINNEY,

    Plaintiff,

v.                                      Case No. 3:24cv367-LC-HTC

PRESIDENT JOE BIDEN, et al.,

    Defendants.
_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on September 25, 2024 (ECF No. 6), recommending that Plaintiff's case be dismissed under 28 U.S.C. § 1915(e)(2)(B) as malicious and an abuse of the judicial process for Plaintiff's failure to truthfully disclose his litigation history and follow orders of the Court, as well as for failure to state a claim. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff filed an objection (ECF No. 7).

Having considered the Report and Recommendation and conducted a *de novo* review the objection thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.   The magistrate judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this order.

2.   This case is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B) as malicious and an abuse of the judicial process for Plaintiff's failure to truthfully disclose his litigation history and follow orders of the Court, as well as for failure to state a claim.

3.   The clerk shall close the file.

**ORDERED** on this 7th day of February, 2025.

s/ *L.A. Collier*
Lacey A. Collier
Senior United States District Judge
